**Order entered January 20, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00633-CV

**WASH TECHNOLOGIES OF AMERICA CORPORATION AND JON K. BANGASH, Appellants**

**V.**

**JOHN T. PAPPAS, Appellee**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-16090**

## ORDER

Before the Court is appellee's January 18, 2017 unopposed motion to extend time to file a brief in response to the brief of appellant Wash Technologies of America Corporation. Appellee's motion is **GRANTED** to the extent that appellee's briefs in response to both Wash Technologies of America Corporation and Jon K. Bangash shall be filed by February 21, 2017.

/s/      CRAIG STODDART
JUSTICE